IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JAMIE L. PESOTSKI,
: No. 3:23cv479
    Plaintiff
:
: (Judge Munley)
v.
:
:
WILKES-BARRE AREA SCHOOL
DISTRICT and the WILKES-BARRE
AREA SCHOOL DISTRICT
BOARD OF SCHOOL DIRECTORS,
:
    Defendants
:
............................................................................................................

ORDER

AND NOW, to wit, this 5th day of March 2025, the defendants' motion to dismiss plaintiff's complaint (Doc. 8) is hereby **DENIED** for the reasons set forth in the accompanying memorandum.

BY THE COURT:

_____
JUDGE JULIA K. MUNLEY
United States District Court